Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 323
Brooklyn, New York 11201-1070
718.797.2341 Telephone
718.222.0481 Facsimile
Attorney Docket: 1138-6



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

PRAVDA STUDIOS, LLC,

        Plaintiff,

   - against -

CORBIS CORPORATION
and CORBIS MOTION

        Defendants.

------------------------------------------------------------X

'07 CIV 7854

(Jury Trial Demanded)

JUDGE KAPLAN

## RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 (formerly local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Pravda Studios LLC, (a private non-governmental party) certifies that the following corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

-- NONE KNOWN --

{00007780 v.1}

|  |  |
|---|---|
| Dated: September 6, 2007 | Respectfully submitted,<br>THE MARTINEZ GROUP PLLC<br><br>By: _____<br>Frank J. Martinez (FJM-2149)<br>Attorney for Plaintiff<br>Pravda Studios LLC<br><br>THE MARTINEZ GROUP PLLC<br>55 Washington Street, Suite 323<br>Brooklyn, New York 11201-1070<br>718.797.2341. Telephone<br>718.222.0481 Facsimile<br>FM@martinezgroup.com |

{00007780 v.1}