# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

PRAVDA STUDIOS, LLC                      **APPEARANCE**

         Plaintiff,                          Case Number: 07-CV-7854 (LAK)

         *-against-*

CORBIS CORPORATION and CORBIS MOTION

         Defendants.

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendant

CORBIS CORPORATION and CORBIS MOTION, a division of defendant Corbis Corporation.

I certify that I am admitted to practice before this Court.


Dated: New York, New York          **DORSEY & WHITNEY LLP**
        September 25, 2007


                                   By:_____/s/_____
                                         JEFFREY L. LOOP (JL-9260)
                               250 Park Avenue
                               New York, NY 10177-1500
                               (212) 415-9200

                               Attorneys for Defendant
                               CORBIS CORPORATION and CORBIS MOTION,
                               a division of Corbis Corporation