# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRAVDA STUDIOS, LLC | **APPEARANCE** |
| Plaintiff, | Case Number: 07-CV-7854 (LAK) |
| *-against-* | |
| CORBIS CORPORATION and CORBIS MOTION | |
| Defendants. | |

To the Clerk of this Court and all parties of record:

Please enter my appearance in the above-captioned case as counsel for defendant CORBIS CORPORATION and CORBIS MOTION, a division of defendant Corbis Corporation.

I certify that I am admitted to practice before this Court.

Dated: New York, New York
September 25, 2007

**DORSEY & WHITNEY LLP**

By: _____/s/_____
GIANFRANCO G. MITRIONE (GM-8618)

250 Park Avenue
New York, NY 10177-1500
(212) 415-9200

Attorneys for Defendant
CORBIS CORPORATION and CORBIS MOTION,
a division of Corbis Corporation