DORSEY & WHITNEY LLP
Jeffrey L. Loop (JL-9260)
Gianfranco G. Mitrione (GM-8618)
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Defendants
Corbis Corporation and Corbis Motion


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

PRAVDA STUDIOS, LLC,                            07-CV-7854 (LAK)

       Plaintiff,
             **RULE 7.1 STATEMENT**
-v-

CORBIS CORPORATION and CORBIS
MOTION,

       Defendants.

-------------------------------------------------------------X

  Defendants, Corbis Corporation and Corbis Motion, by their attorneys, Dorsey & Whitney LLP, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

  Corbis Motion is a business unit of Corbis Corporation and not a separate legal entity. Corbis Corporation is not a publicly traded company and it has no parent corporation that is publicly held.

                    Respectfully submitted,

Dated: October 10, 2007          **DORSEY & WHITNEY LLP**
       New York, New York

                    By:   /s/ Jeffrey L. Loop
                         Jeffrey L. Loop (JL-9260)
                         Gianfranco G. Mitrione (GM-8618)
                         250 Park Avenue
                         New York, NY 10177
                         (212) 415-9200

                         Attorneys for Defendants
                         Corbis Corporation and Corbis Motion