UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

PRAVDA STUDIOS, LLC,

               Plaintiff(s),               07-cv-7854 (LAK)(GWG)

       v.

CORBIS CORPORATION
and Corbis Motion

               Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - X

## Consent Scheduling Order

Upon consent of the parties, it is hereby

ORDERED as follows:

1.      No additional parties may be joined after <u>July 31, 2008,</u>

2.      No amendments to the pleadings will be permitted after <u>July 31, 2008,</u>

3.      The parties shall make required Rule 26(a)(2) disclosures with respect to:

      (a)  expert witnesses on or before <u>August 22, 2008;</u>

      (b)  rebuttal expert witnesses on or before <u>August 29, 2008</u>.

      (c)  pursuant to CPLR 26(f) on or before <u>May 8, 2008,</u>

4.      All discovery, including any depositions of experts, shall be completed on or before <u>July 31, 2008</u>

5.      A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before <u>October 24, 2008,</u>

6.      Motions for summary judgment shall be served on or before <u>September 30, 2008</u>. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7.      If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8.      Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.      This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof.  Counsel should not assume that extensions will be granted as a matter of routine.


CONSENTED TO: I, Frank J. Martinez, hereby certify that upon discussion with opposing counsel, Jeffrey L. Loop, Esq., that each have consented to the above referenced dates.


Dated:   April 30, 2008

_____
Frank. J. Martinez, Esq. (FJM-2149)
SMITH VALLIERE & MARTINEZ PLLC
509 Madison Avenue, 15th Floor
New York, New York 10022




SO ORDERED

Dated:                                          _____
Lewis A. Kaplan
United States District Judge

Frank J. Martinez (FJM-2149)
SMITH VALLIERE & MARTINEZ PLLC
509 Madison Avenue, 15th Floor
New York, New York 10022
212.755.5200 Telephone
212.755.5203 Facsimile
Attorney Docket: 1138-6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
PRAVDA STUDIOS, LLC,                                           :        **AFFIDAVIT OF SERVICE**
                                                               :
                        Plaintiff,                             :
                                                               :
        - against -                                            :
                                                               :
CORBIS CORPORATION                                             :
and CORBIS MOTION                                              :        <u>07 CV 7854 (LAK)(GWG)</u>
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X


        I hereby certify that a true copy of the foregoing documents, entitled Consent Scheduling

Order, was served this 30th day of April 2008, by sending via electronic transmittal and further

enclosing it in a properly addressed, postage paid envelope and causing such document to be

deposited in an official depositary under the exclusive care and custody of the United States

Postal Service for delivery to:


Jeffrey L. Loop, Esq.                          Gianfranco Mitrione
Dorsey & Whitney LLP                           Dorsey & Whitney LLP
250 Park Avenue                                250 Park Avenue
New York, New York 10177                       New York, New York 10177



Date: <u>April 30, 2008</u>                    By:_____
                                                       Frank J. Martinez, Esq.


00009637 v.1