

**SMITH VALLIERE & MARTINEZ** PLLC

509 MADISON AVENUE  15TH FLOOR  NEW YORK  NEW YORK 10022

TELEPHONE 212 755 5200
FACSIMILE  212 755 5203
WWW.SVMLAW.COM

Frank J. Martinez
(212) 755-5210
FM@svmlaw.com

May 8, 2008

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
Federal District Court for the
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   Pravda Studios, LLC v. Corbis Corporation et al
      Case No.: **07-CV-7854**
      Our Docket: 1138-6

Dear Judge Kaplan:

Counsel for Plaintiff respectfully advises that the parties have reached a consensual resolution in connection with the above-identified matter.  An initial conference was scheduled for tomorrow at 10am.  In view of the settlement, an adjournment is respectfully requested.  Counsel having conferred, it is believed that we shall be able to file a stipulated discontinuance by the end of next week.

Please feel free to contact the undersigned if there are any questions.

Respectfully submitted,

Frank J. Martinez (FJM-2149)
Attorney for Plaintiff- Pravda Studios LLC

cc: Jeffery L. Loop, Esq.
    Attorney for Defendant Corbis Corporation

{00009726 v.1}