Frank J. Martinez (FJM-2149)
SMITH VALLIERE & MARTINEZ PLLC
509 Madison Avenue, 15th Floor
New York, New York 10022
212.755.5200 Telephone
212.755.5203 Facsimile
FM@svmlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

**PRAVDA STUDIOS, LLC,**

        Plaintiff,

    - against -

**CORBIS CORPORATION**
**and CORBIS MOTION**

        Defendants.

-------------------------------------------------------X

**1:07-CV-7854 (LAK)**

**STIPULATED DISMISSAL**

    Plaintiff Pravda Studios, LLC and Defendants Corbis Corporation and Corbis Motion ("Defendants") in the above-captioned action (the "Action"), by and through their respective counsel, have stipulated to the dismissal of the Action, with prejudice, and the release of Defendants from liability, with prejudice, pursuant to the terms and conditions of the confidential settlement agreement which is fully incorporated herein by this reference.

Dated: June 24, 2008

**SMITH VALLIERE & MARTINEZ PLLC**

By: _____
    Frank J. Martinez (FJM-2149)
    509 Madison Avenue, 15th Floor
    New York, New York 110022
    212.755.5200 Telephone
    212.755.5203 Facsimile
    Attorneys for Plaintiff
    Pravda Studios, LLC

**DORSEY & WHITNEY LLP**

By: _____
    Jeffrey L. Loop (JL-9260)
    250 Park Avenue
    New York, NY 10177
    212.415.9337 Telephone
    212.953.7201 Facsimile
    Attorneys for Defendants
    Corbis Corporation and
    Corbis Motion

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

| | |
|---|---|
| **PRAVDA STUDIOS, LLC,** | : |
| | :     1:07-CV-7854(LAK) |
| Plaintiff, | : |
| | :     **STIPULATED DISMISSAL** |
| - against - | : |
| | : |
| **CORBIS CORPORATION** | : |
| **and CORBIS MOTION** | : |
| | : |
| Defendants. | : |

-------------------------------------------------------------X

### ORDER
### (Fed. R. Civ. P. 41(a)(1))

The Court has reviewed the Stipulation set forth above and the terms and conditions of the confidential Settlement, the same being incorporated in this Order as if fully set forth herein. Good cause appearing,

**IT IS HEREBY ORDERED** that:

1.    The above-captioned Action is hereby dismissed with prejudice;

2.    The dismissal is expressly conditioned upon the terms and conditions set forth in the Settlement Agreement, as between Plaintiff and Defendants;

3.    This Court retains jurisdiction of this Action for the purpose of taking any measure needed to enforce the terms of the above-referenced Settlement Agreement; and

4.    Except as may be otherwise provided for in the Settlement Agreement, each party is to bear its own costs.

**SO ORDERED:**

Dated: _____        By: _____
                                          Lewis A. Kaplan (USDJ)

{00010491 v.1}