Kaplan, J

Frank J. Martinez (FJM-2149)
SMITH VALLIERE & MARTINEZ PLLC
509 Madison Avenue, 15th Floor
New York, New York 10022
212.755.5200 Telephone
212.755.5203 Facsimile
FM@svmlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PRAVDA STUDIOS, LLC,                        :
                                            :      1:07-CV-7854(LAK)
            Plaintiff,                      :
                                            :      STIPULATED DISMISSAL
    - against -                             :
                                            :
CORBIS CORPORATION                          :
and CORBIS MOTION                           :
                                            :
            Defendants.                     :
------------------------------------------------------------X

Plaintiff Pravda Studios, LLC and Defendants Corbis Corporation and Corbis Motion ("Defendants") in the above-captioned action (the "Action"), by and through their respective counsel, have stipulated to the dismissal of the Action, with prejudice, and the release of Defendants from liability, with prejudice, pursuant to the terms and conditions of the confidential settlement agreement which is fully incorporated herein by this reference.

Dated: June 24, 2008

SMITH VALLIERE & MARTINEZ PLLC

By: _____
    Frank J. Martinez (FJM-2149)
    509 Madison Avenue, 15th Floor
    New York, New York 110022
    212.755.5200 Telephone
    212.755.5203 Facsimile
    Attorneys for Plaintiff
    Pravda Studios, LLC

DORSEY & WHITNEY LLP

By: _____
    Jeffrey L. Loop (JL-9260)
    250 Park Avenue
    New York, NY 10177
    212.415.9337 Telephone
    212.953.7201 Facsimile
    Attorneys for Defendants
    Corbis Corporation and
    Corbis Motion

SO ORDERED: _____
            Hon. Sidney H. Stein, Part I
            6/26/08

{00010491 v 1}