Kaplan, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
PRAVDA STUDIOS, LLC,

        Plaintiff,

   - against -

CORBIS CORPORATION
and CORBIS MOTION

        Defendants.
-----------------------------------------------------------X

1:07-CV-7854 (LAK)

STIPULATED DISMISSAL

RECEIVED JUN 26 2008 JUDGE KAPLAN'S CHAMBERS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

**ORDER**
(Fed. R. Civ. P. 41(a)(1))

The Court has reviewed the Stipulation set forth above and the terms and conditions of the confidential Settlement, the same being incorporated in this Order as if fully set forth herein. Good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The above-captioned Action is hereby dismissed with prejudice;

2. The dismissal is expressly conditioned upon the terms and conditions set forth in the Settlement Agreement, as between Plaintiff and Defendants;

3. This Court retains jurisdiction of this Action for the purpose of taking any measure needed to enforce the terms of the above-referenced Settlement Agreement; and

4. Except as may be otherwise provided for in the Settlement Agreement, each party is to bear its own costs.

**SO ORDERED:**

Dated: 6/26/08

By: _____
For  Lewis A. Kaplan (USDJ)
By Hon. Sidney H. Stein, Part I

{00010491 v.1}